**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00594-CR

**JOSE ANGEL JASSO JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-72432-P**

## ORDER

The Court **GRANTS** appellant's December 3, 2013 motion to extend time to file his brief. We **ORDER** the appellant's brief received on December 3, 2013 filed as of the date of this order.

/s/     DAVID EVANS
            JUSTICE